EXHIBIT "D"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            )
                                  ) Case No. 05 B 45594
JOSIE FAULKNER                    ) Hon. PAMELA S. HOLLIS
                                  ) Chapter 7
            Debtor                )

PROPOSED ISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
Fees and Expenses  Trustee: $4620.20
                   Attorney:$2214.00        $   6834.20
Chapter 7 Administrative Expenses:          $_____
Chapter 11 Administrative Expenses:         $_____
Priority Claims (507(a)(3)-(a)(7)):         $_____
Secured Tax Liens:                          $_____
Priority Tax Claims:                        $_____
General Unsecured Claims:                   $   5313.84
TOTAL AMOUNT TO BE DISTRIBUTED:             $  12148.04

REPORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $6,834.20 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $ 4600.00 | $ 4600.00 |
| | expenses | | 20.20 | 20.20 |
| | attorney's fees | | 2214.00 | 2214.00 |
| | | | $ 6834.20 | $ 6834.20 |

REPORT OF DISTRIBUTION - CONT'D                     PAGE  2  of  6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(2) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                              PAGE 3 of 6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony, Maintenance and Support | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                          PAGE  4  of  6

| 9.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $24,175.26 | 21.98048% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Nelnet, Inc. | $ 15505.64 | $ 3408.21 |
| 2 | Chase Bank USA, NA | 148.15 | 32.57 |
| 3 | Chase Bank USA, NA | 799.33 | 175.70 |
| 4 | Discover Bank | 7532.87 | 1655.76 |
| 5 | Citibank (USA) NA | 189.27 | 41.60 |
|   |   | $ 24175.26 | $ 5313.84 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ |   |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ | 0 % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                         Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |
| **CLAIM NUMBER   CREDITOR** | **AMOUNT ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |
| **CLAIM NUMBER   CREDITOR** | **AMOUNT ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: July 2, 2007                           _____
                                                        Trustee