UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| JOSIE FAULKNER | ) | |
| | ) | CASE NO. 05 B 45594 |
| DEBTOR | ) | |
| | ) | HON. PAMELA S. HOLLIS |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S Dearborn, Courtroom 644, Chicago, Illinois 60604

   On: **September 6, 2007** Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $59,000.00 |
| Disbursements | $46,851.96 |
| Net Cash Available for Distribution | $12,148.04 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $4,600.00 | $ 20.20 |
| Allan J. DeMars, attorney | $ None | $2,214.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $24,175.26 have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 21.98048%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Nelnet, Inc. | $ 15505.64 | $ 3408.21 |
| 2 | Chase Bank USA, NA | 148.15 | 32.57 |
| 3 | Chase Bank USA, NA | 799.33 | 175.70 |
| 4 | Discover Bank | 7532.87 | 1655.76 |
| 5 | Citibank (USA) NA | 189.27 | 41.60 |
| | | $ 24175.26 | $ 5313.84 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: Co-op ($11,500.00); checking account ($100.00); household furnishings ($850.00); wearing apparel ($350.00); term life insurance; retirement plan ($12,000.00) workman's comp. claim ($15,000.00); 2005 Toyota Camry ($18,000.00) SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS.

Dated: **July 31, 2007**

For the Court,

By:
**KENNETH S GARDNER**
Kenneth S Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
Chicago, IL 60603
Phone No.: (312) 726-3377

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1               Date Rcvd: Jul 31, 2007
Case: 05-45594                Form ID: pdf002            Total Served: 26
```

```
The following entities were served by first class mail on Aug 02, 2007.
db           +Josie Faulkner,   34 Fir Street,   Park Forest, IL 60466-1707
aty          +Allan DeMars,   100 W. Monroe,   Chicago, IL 60603-1967
aty          +Mark R Schottler,   Schottler & Associates,   10 S  LaSalle St  Suite 3410,
               Chicago, IL 60603-1036
tr           +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
10022436      Bank Of America,   PO BOX 650260,   Dallas, TX 75265-0260
10022437      Capital One,   PO Box 85015,   Richmond, VA  23285-5015
10022438     +Chadwick's,   One Chanwick Place,   P.O. Box 4400,   Taunton, MA 02780-0318
10022439      Chase,   Customer Service,   PO Box 15919,   Wilmington, DE  19850-5919
10545405     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10570448     +Citibank USA NA,   POB 182149,   Columbus, OH 43218-2149
10022440      Citifinancial,   P.O. Box 17127,   Baltimore, MD 21297-1127
10022442     +LabCorp,   PO Box 2242,   Burlington, NC 27216-2242
10022443      Nelnet Inc.,   3050 S Parker Road Suite 400,   Aurora, CO 80014
10022444     +North Shore Agency,   751 Summa Ave.,   Westbury, NY 11590-5010
10022445      Providian,   P.O. Box 660022,   Dallas, TX 75266-0022
10022446     +Radiology Center,   PO Box 3837,   Springfield, IL 62708-3837
10022447     +Retrieval Masters Creditors Bureau, Inc.,   2269 S. Saw Mill River Rd.,   Building 3,
               Elmsford, NY 10523-3848
10022450     +SKO Brenner American,   40 Daniel St.,   PO Box 320,   Farmingdale, NY 11735-0320
10022448      Sam's Club,   PO Box 105980,   Atlanta, GA  30353-5980
10022449      Sears Charge Plus,   PO BOX 182149,   Columbus, OH 43218-2149
10022451    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,   PO Box 5855,   Carol Stream, IL  60197)
10022452    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,   PO BOX 790408,   St. Louis, MO 63179-0408)
10022453     +US Bank,   PO BOX 6335,   Fargo, ND 58125-6335
10022454     +Wickes Furniture,   Household Bank,   PO Box 15522,   Wilmington, DE 19850-5522

The following entities were served by electronic transmission on Aug 01, 2007.
10022441      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2007 03:45:56     Discover,   P.O. Box 30395,
               Salt Lake City, UT 84130-0395
10557158      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2007 03:45:56
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Levin Riback Law Group PC
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2007** **Signature:** Joseph Speetjens