UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 7 |
| | ) | |
| JOSIE FAULKNER | ) | Hon. PAMELA S. HOLLIS |
| | ) | |
| | ) | Case No.  05 B 45594 |
| | ) | |

**Trustee's Final Account
and
Application to Close Case and Discharge Trustee**

To:    The Honorable PAMELA S. HOLLIS
       United States Bankruptcy Judge


        Final distributions of all monies has been made in accordance with the Order
Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of
which are attached hereto as Group Exhibit A.

        All checks have been cashed.  Evidence of all cancelled checks since the filing of
the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.
Form 2 also reflects a net total balance of zero for this estate.

        The Trustee certifies that the estate has been fully administered and requests that
he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated: 10/4/07                                      /s/ Allan J. DeMars
                                                    Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            )
                                  ) Case No. 05 B 45594
JOSIE FAULKNER                    ) Hon. PAMELA S. HOLLIS
                                  ) Chapter 7
                      Debtor      )

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests
for allowance of fees and expenses of administration, notice having
been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and
expenses are allowed as follows:

1.   Trustee's compensation            $ 4,600.00
     Allan J. DeMars
2.   Trustee's expenses                 $     20.20
     Allan J. DeMars
                            TOTAL       $ 4,620.20

IT IS FURTHER ORDERED that the requests for final compensation
and expenses are allowed as follows:

1.   Attorney for the Trustee
     a.   Compensation                  $ 2,214.00
          Allan J. DeMars
     b.   Expenses                      $

2.   Accountant for the Trustee
     a.   Compensation                  $

     b.   Expenses                      $

3.   Other professional
     (list each professional separately)

                            Total       $ 2,214.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the
allowances listed above after the Trustee's Distribution Report is
filed with the Clerk of the Bankruptcy Court.         **ENTERED**

DATED this ___6th___ day of ___September___, 2007      SEP - 6 2007

                                  PAMELA S. HOLLIS
                            Enter:_____BANKRUPTCY JUDGE___
                                  Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05 B 45594 |
| JOSIE FAULKNER | ) Hon. PAMELA S. HOLLIS |
| | ) Chapter 7 |
| Debtor | ) |

DISTRIBUTION REPORT

    I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:

| | | |
|---|---|---|
| Fees and Expenses  Trustee: $4620.20 | | |
| Attorney:$2214.00 | $ | 6834.20 |
| Chapter 7 Administrative Expenses: | $ | |
| Chapter 11 Administrative Expenses: | $ | |
| Priority Claims (507(a)(3)-(a)(7)): | $ | |
| Secured Tax Liens: | $ | |
| Priority Tax Claims: | $ | |
| General Unsecured Claims: | $ | 5313.84 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED</u>: | $ | 12148.04 |

REPORT OF DISTRIBUTION

| 1.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND  % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $6,834.20 | 100% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Allan J. DeMars: | trustee's fees | $ 4600.00 | $ 4600.00 |
| | expenses | 20.20 | 20.20 |
| | attorney's fees | 2214.00 | 2214.00 |
| | | $ 6834.20 | $ 6834.20 |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 2 of 6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(2) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                        PAGE 3 of 6

| 5.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony, Maintenance and Support | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                    Page 5 of 6

| 12.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) – General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $24,175.26 | 21.98048% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Nelnet, Inc. | $ 15505.64 | $ 3408.21 |
| 2 | Chase Bank USA, NA | 148.15 | 32.57 |
| 3 | Chase Bank USA, NA | 799.33 | 175.70 |
| 4 | Discover Bank | 7532.87 | 1655.76 |
| 5 | Citibank (USA) NA | 189.27 | 41.60 |
| | | $ 24175.26 | $ 5313.84 |

| 13.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) – Late unsecured claims. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) – Fines/ penalties | $ | 0 % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                    Page_6_of_6_

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:_September 6, 2007_          ___/s/ Allan J. DeMars___
                                          Trustee

FORM 2

## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.:        05 B 45594                              Trustee's Name: Allan J. DeMars
Case Name:    JOSIE FAULKNER                         Bank Name:      Bank One
Taxpayer ID#:  41-6563961                               Initial CD #:       CDI
For Period Ending: 12/31/07                              Blanket bond (per case limit):    5,000,000
                                                                      Separate bond (if applicable):
                                                                      Money Market #:

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 6/26/07 | Ref 7 | Pace Suburban Bus Company | personal injury litigation settlement | 1142-000 | 59,000.00 | | 59,000.00 |
| 6/28/07 | Check 992 | Josie Faulkner | personal injury exemption | 8100-002 | | 7,500.00 | 51,500.00 |
| 6/28/07 | Check 993 | Cambridge Integrated Services Group | lien on settlement proceeds/reduced amount | 4220-000 | | 20,000.00 | 31,500.00 |
| 6/28/07 | Check 994 | Robert J. Adelman/ Levin Riback Law Group, P.C. | special counsel's attorney's fees per Order | 3210-600 | | 18,000.00 | 13,500.00 |
| 6/28/07 | Check 995 | Robert J. Adelman/ Levin Riback Law Group, P.C. | reimbursement of costs to special counsel per Order | 3220-610 | | 1,351.96 | 12,148.04 |
| 9/7/07 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 4,600.00 | 7,548.04 |
| 9/7/07 | Check 1002 | Allan J. DeMars | reimbursement of costs | 2200-000 | | 20.20 | 7,527.84 |
| 9/7/07 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,214.00 | 5,313.84 |
| 9/7/07 | Check 1004 | Nelnet, Inc. | 726(a)(2); 21.98048% | 7100-000 | | 3,408.21 | 1,905.63 |
| 9/7/07 | Check 1005 | Chase Bank USA, NA | 726(a)(2); 21.98048% | 7100-900 | | 32.57 | 1,873.06 |
| 9/7/07 | Check 1006 | Chase Bank USA, NA | 726(a)(2); 21.98048% | 7100-900 | | 175.70 | 1,697.36 |
| 9/7/07 | Check 1007 | Discover Bank | 726(a)(2); 21.98048% | 7100-900 | | 1,655.76 | 41.60 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/7/07 | Check 1008 | Citibank USA, NA | 726(a)(2); 21.98048% | 7100-900 | | 41.60 | 0.00 |

|  | | Deposit $ | Disbursement $ | Money Market Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 59,000.00 | 59,000.00 | 0.00 |
| Less: Bank transfers/CD Subtotal | | | | |
| Less: Payments to debtor(s) | | 7500.00 | 7500.00 | |
| Net | | 51,500.00 | 51,500.00 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS Checking# 5800955113 | 51,500.00 | 51,500.00 | 0.00 |
| Net | 51,500.00 | 51,500.00 | 0.00 |